# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| GEORGE ROBERT BREWINGTON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | NO. CIV-10-568-HE |
| DAVID MILLER, LCC WARDEN, | ) | |
| Respondent. | ) | |

## ORDER

Petitioner George Robert Brewington moved for leave to proceed *in forma pauperis* ("*ifp*") and, after Magistrate Judge Robert E. Bacharach recommended that the petitioner's application be denied, paid the filing fee. The magistrate judge now recommends that petitioner's application be dismissed on grounds of mootness. As petitioner did not object to the Report and Recommendation, the court adopts it and strikes petitioner's motion [Doc. #2] as being moot.[1]

**IT IS SO ORDERED**.

Dated this 26th day of July, 2010.

JOE HEATON
UNITED STATES DISTRICT JUDGE

---

[1] *As noted by the magistrate judge, the Report and Recommendation did not terminate the referral.*